**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division**

Michelle May,

|  |
|---|
| *Debtor*. |

Case No. 24-14125-AMC
Chapter 13

## Certificate of Service

I certify that on this date, I did cause a copy of the Motion to Extend the Automatic Stay, Notice, and Proposed Order to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

Date: November 18, 2024

Michael A. Cibik (#23110)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Mailing List Exhibit

Absolute Credit, LLC
175 Exchange Street Suite 225
Bangor, ME 04401

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Berks County Tax Claim Bureau
633 Court St Fl 2
Reading, PA 19601-3552

Caine & Weiner
Attn: Bankruptcy
5805 Sepulveda Blvd
Sherman Oaks, CA 91411-2546

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kohl's
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201-3043

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Rushmore Loan Mgmt Srvc
Attn: Bankruptcy
P.O. Box 55004
Irvine, CA 92619

Synchrony Bank/ Old Navy
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683