UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Michelle May<br><br><br>            Debtor | Chapter 13<br><br>Bankruptcy No. 24-14125-AMC |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 20th day of February, 2025 by first class mail upon those listed below:

Michelle May
39 Granite Hill Ln
Glenmoore, PA  19343-1723

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

George M. Conway, Esq.
Office of the United States Trustee

 

                                                  */s/ Kristen Gliem*
                                                  Kristen Gliem
                                                  for
                                                  Scott F. Waterman, Esq.
                                                  Standing Chapter 13 Trustee