UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Michelle May<br><br>                 Debtor | Chapter 13<br><br>Bankruptcy No. 24-14125-AMC |

<u>ORDER</u>

Upon consideration of the Objection of Scott F. Waterman, Esq., Standing Chapter 13 Trustee, to Debtor's Plan and after notice and hearing, it is ORDERED that the Plan is denied.

 

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE