## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In Re:

     Michelle May

                Debtor

Chapter 13

Bankruptcy No. 24-14125-AMC

### ORDER DISMISSING CHAPTER 13 CASE

     AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

     IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 13, 2025**

_____

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE