United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 24-14125-amc

Michelle May  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Mar 13, 2025      Form ID: pdf900      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Michelle May, 39 Granite Hill Ln, Glenmoore, PA 19343-1723 |
| 14947050 | + | Absolute Credit Llc, 175 Exchange Street-suite 225, Bangor, ME 04401-7605 |
| 14981787 | + | Legacy Mortgage Asset Trust, C/O Emmanuel Argentieri, ROMANO GARUBO & ARGENTIERI, Emmanuel J. Argentieri, Esquire, 52 Newton Avenue, P.O. Box 456 Woodbury, New Jersey 08096-7456 |
| 14947062 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 14 2025 01:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 14 2025 01:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14970550 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2025 00:58:31 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14947051 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 14 2025 01:21:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14947052 | | Email/Text: taxclaim@countyofberks.com | Mar 14 2025 01:21:00 | Berks County Tax Claim Bureau, 633 Court St Fl 2, Reading, PA 19601-3552 |
| 14947053 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 14 2025 01:22:59 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 14947054 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 14 2025 01:22:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14947055 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 14 2025 01:21:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14986856 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 14 2025 01:21:00 | Legacy Mortgage Asset Trust 2018-RPL2, c/o Rushmore Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14947056 | | Email/Text: fesbank@attorneygeneral.gov | Mar 14 2025 01:22:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14947057 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 14 2025 01:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14947058 | ^ | MEBN | Mar 14 2025 00:33:46 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14947059 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 13, 2025 | Form ID: pdf900 | Total Noticed: 19 |

| | | Mar 14 2025 01:21:00 | Rushmore Loan Mgmt Srvc, Attn: Bankruptcy, P.O. Box 55004, Irvine, CA 92619-5004 |
|---|---|---|---|
| 14947060 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2025 00:57:38 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14947061 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 14 2025 01:22:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |

TOTAL: 15

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| EMMANUEL J. ARGENTIERI | on behalf of Creditor Legacy Mortgage Asset Trust 2018-RPL2 bk@rgalegal.com |
| MICHAEL A. CIBIK | on behalf of Debtor Michelle May help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Michelle May<br><br>            Debtor | Chapter 13<br><br>Bankruptcy No. 24-14125-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: March 13, 2025**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE